# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **V.** | * | |
| | * | **CASE NO. 23-cr-00131-WS** |
| **RACQUELLE ANTEOLA** | * | |

## NOTICE OF INTENT TO PLEAD GUILTY

Comes now the Defendant in the above-styled cause and hereby gives notice of her intent to plead guilty to the indictment in this cause.

Respectfully submitted,

*/s/ T. Jefferson Deen, III*
T.JEFFERSON DEEN, III
Attorney for Defendant
207 Church Street
Mobile, AL 36602
(251) 433-5860- Office
(251) 433-0703- Facsimile
Tjeffdeen@deenlawpc.com

## Certificate of Service

I do hereby certify that a true and correct copy of the foregoing Notice was served this the 11th day of December upon all counsel of record by electronically filing the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ T. Jefferson Deen,III*
T. JEFFERSON DEEN, III