# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA
## CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO.: 1:23-00131 WS |
| | : | |
| MELISSA DUFOUR | : | |

## NOTICE OF INTENT TO PLEAD GUILTY

Comes now, the Defendant in the above-styled cause and hereby gives notice of her intent to plead guilty to the indictment in the case.

/s/ William C. Alford_____
William C. Alford
Attorney at Law
7 North Lawrence Street
Mobile, Alabama 36602
(251) 433-0906

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy was served via electronic filing on this 11th day of December 11, 2023 by electronically filing with the Clerk of Court using CM/ECF system which will send notice to all counsel of record.

/s/William C. Alford