IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. 23-CR-00131-WS |
| | * | |
| RACQUELLE MARIE DOLORES ANTEOLA | * * | |

## GOVERNMENT'S POSITION RELATING TO THE PRESENTENCE INVESTIGATION REPORT AND GUIDELINE FACTORS

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and responds to the presentence investigation report and guideline calculations therein as follows:

The United States has no objections to the presentence investigation report filed herein and adopts the application and determination of sentencing factors and the guideline calculations therein.

WHEREFORE, the Government files its response to the presentence investigation report and the guideline computations contained therein.

Respectfully Submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: /s/*George F. May*
George F. May
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845