# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 1:23-CR-00131-002 |
| | § | |
| RACQUELLE MARIE DOLORES ANTEOLA | § | |

## REQUEST FOR LEAVE OF COURT TO SEAL
## COURTROOM DURING SENTENCING HEARING UNDER SEAL

The defendant, Racquelle Marie Delores Anteola, by and through her undersigned counsel, T. Jefferson Deen, III, requests leave of Court to Seal Courtroom During Sentencing Hearing under seal.

Respectfully submitted,

*/s/ T. Jefferson Deen, III*
T. Jefferson Deen, III
Post Office Box 2705
Mobile, Alabama 36652
(251) 433-5860

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice was served this the 30th day of April, 2024, upon all counsel of record by electronically filing the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ T. Jefferson Deen, III*
T. JEFFERSON DEEN, III