# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIM. ACTION 23-0131-WS |
| | ) |
| RACQUELLE MARIE DOLORES ANTEOLA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The defendant has filed three motions for leave to file objections to the presentence investigation report under seal. (Docs. 104, 109, 110). The Court denied the first motion, without prejudice, because the defendant did not comply with General Local Rule 5.2. (Doc. 105). The second motion is **denied** for the same reason. The third motion is **carried** to sentencing.

The defendant's "request for leave of court to seal courtroom during sentencing hearing under seal," (Doc. 112), construed as a motion to seal the courtroom, is **carried** to sentencing. To the uncertain extent the motion is intended as one for leave to file another motion under seal, it is **denied** for failure to comply with General Local Rule 5.2.

DONE and ORDERED this 3rd day of May, 2024.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE